# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2016

*The Court of Appeals hereby passes the following order:*

## A16A2059. BALDRIDGE v. STUCKEY et al.

Ashley Baldridge appeals from the trial court's order terminating her parental rights in her minor son and granting the petition of relatives Orville and Jodi Stuckey to adopt the boy. After filing her notice of appeal, but within the period of time in which a motion for new trial may be filed, Baldridge filed a motion asking, among other things, for the trial court to grant her a new trial. In that motion, Baldridge asserted, among other things, that the trial court denied her request for the termination hearing to be transcribed. From the record, it appears that the trial court did not conduct any proceedings on Baldridge's motion or rule on it, and the motion remains pending.

The fact that Baldridge filed a notice of appeal before filing her motion seeking a new trial

> did not divest the trial court of jurisdiction since such divestiture does not become effective during the period of time in which a motion for new trial may be filed. In the event a motion for new trial is timely filed as provided in OCGA § 5-5-40, the effectiveness of the divestiture is then delayed until the motion for new trial is ruled upon and a notice of appeal to the ruling has been filed or the period for appealing the ruling has expired.

*Hood v. State*, 282 Ga. 462, 465 (651 SE2d 88) (2007) (quoting *Housing Auth. of Atlanta v. Geter*, 252 Ga. 196, 197 (312 SE2d 309) (1984); other citation and punctuation omitted). We have the authority to remand the appeal for the trial court

to rule on the motion, and remand is especially appropriate in this case, because the motion raised a factual issue – whether the trial court denied Baldridge the opportunity to have the termination hearing transcribed – that is particularly within the trial court's knowledge and is a central, disputed point in this appeal.

Accordingly, this case is hereby REMANDED to the trial court for that court to consider Baldridge's pending motion. The parties shall have the right to pursue appellate review of orders entered by the trial court on remand by filing a timely notice of appeal or application, or taking other appropriate action, pursuant to and consistent with Georgia's appellate practice act.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   *12/05/2016*        
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*